THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR BARRON-GONZALEZ,<br><br>Defendant. | CASE NO. CR16-0136-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Oscar Barron-Gonzalez's unopposed motion to continue trial and extend the due date for pretrial motions (Dkt. No. 205). Having reviewed the motion and the relevant record, the Court FINDS the following:

1. Failure to grant the continuance in this case would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

2. Taking into account the exercise of due diligence, failure to grant the continuance in this case would deny defense counsel the reasonable time necessary for effective preparation, due to defense counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The additional time requested is a reasonable period of delay, as more time is

necessary for defense counsel to prepare for trial, investigate the matter, gather evidence material to the defense, and consider possible defenses. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has filed a speedy trial waiver consenting to a continuance of his trial to any date up to and including April 9, 2018 (Dkt. No. 206).

Accordingly, the Court ORDERS that:

1. The motion to continue (Dkt. No. 205) is GRANTED.

2. The trial in this case is CONTINUED from January 29, 2018 to April 2, 2018 at 9:30 a.m.

3. The resulting period of delay is hereby EXCLUDED for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

4. Pretrial motions are due no later than February 20, 2018.

DATED this 9th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
