# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OSCAR URIEL BARRON-GONZALEZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to suppress statements (Dkt. No. 220) and the Government's response (Dkt. No. 223). In accord with the parties' request, the Court hereby schedules an evidentiary hearing for Tuesday, March 20, 2018 at 9:30 am.

The Court further advises the parties that it will issue rulings on pending motions in limine (Dkt. No. 217) on the morning of the first day of trial.

DATED this 5th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
