THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | ORDER |
| v. | |
| OSCAR URIEL BARRON GONZALEZ, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to seal (Dkt. No. 216) exhibits A & B (Dkt. No. 219) to its motion in limine (Dkt. No. 217). Given the sensitive and personal information contained in the filings, the Court finds good cause to maintain the documents under seal. The Government's motion to seal (Dkt. No. 216) is GRANTED. The Clerk is DIRECTED to maintain the Government's Exhibits A & B (Dkt. No. 219) under seal.

DATED this 14th day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR16-0136-JCC
PAGE - 1