THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR URIEL BARRON GONZALEZ, <br><br> Defendant. | CASE NO. CR16-0136-JCC <br><br> ORDER |

This matter comes before the Court on the Government's unopposed motion to seal (Dkt. No. 224) the exhibits (Dkt. No. 225) to its response to Defendant's motion to suppress (Dkt. No. 223). Given the sensitive information contained in the exibits, the Court finds good cause to GRANT the Government's motion (Dkt. No. 224) to maintain these exhibits under seal. The Clerk is DIRECTED to maintain the Government's exhibits (Dkt. No. 225) under seal.

DATED this 14th day of March 2018.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE