THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR URIEL BARRON-GONZALEZ,<br><br>Defendant. | CASE NO. CR16-0136-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 234) and Defendant's speedy trial waiver (Dkt. No. 235). In light of the circumstances the parties present, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B). The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective representation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the motion to continue the trial (Dkt. No. 234) is GRANTED. Trial in this matter is continued to May 14, 2018 at 10 a.m. The Court will provide rulings on the Government's motions in limine (Dkt. No. 217) the morning of trial. The Clerk is DIRECTED to re-note the Government's motions in limine (Dkt. No. 217) to May 14, 2018. Supplemental trial

1  exhibits are due April 30. W.D. Wash. Local Crim. R. 16(d). Trial briefs, voir dire, and jury
2  instructions are due May 4, 2018. W.D. Wash. Local Crim. R. 23.1, 24, 30.

3  The parties are DIRECTED to submit two sets of course-of-trial and end-of-trial jury
4  instructions and a verdict form: one numbered sequentially, with citations, indicating whether the
5  instruction is agreed or disputed, and another set without numbering, citations, or indication
6  whether the instruction is agreed or disputed. All standard jury instructions should be included. A
7  clean copy of the proposed instructions and verdict form should also be submitted in word
8  format to the following e-mail address: CoughenourOrders@ wawd.uscourts.gov. The Court
9  further ORDERS that the period of time from the date of this Order until the new trial date shall
10 be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

11 DATED this 22nd day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE