UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OSCAR URIEL BARRON GONZALEZ, | |
| Defendant. | |

This matter comes before the Court on Defendant Barron-Gonzalez's motion to suppress evidence of custodial statements. (Dkt. No. 220). Having thoroughly considered the parties' briefing, the relevant record, and Counsels' oral arguments, the Court DENIES the motion.

DATED this 23rd day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk