UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | ORDER |
| v. | |
| OASCAR BARRON-GONZALEZ, | |
| Defendant. | |

This matter comes before the Court on the Government's motion to compel (Dkt. No. 242). Having thoroughly considered the parties' briefing and the relevant record, the Court GRANTS the motion. It is hereby ORDERED that Defendant Oscar Barron-Gonzalez furnish a full set of finger and palm prints to law enforcement that may be used by the Department of Homeland Security's Forensic Laboratory for identification and comparison purposes.

DATED this 27th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE