UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>OSCAR URIEL BARRON-GONZALEZ,<br><br>          Defendant. | CASE NO. CR16-0136-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motions to seal (Dkt. Nos. 274, 281) its sentencing memorandum (Dkt. No. 279), related exhibits (Dkt. Nos. 279, 279-1, 279-2, 279-3), and its supplemental briefing (Dkt. No. 282). The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1100 (9th Cir. 2016) (applying the "compelling reason" test to motions to seal documents "more than tangentially related to the merits of a case"). Information contained in the Government's sentencing memorandum (Dkt. No. 279) and supplemental briefing (Dkt. No. 282) is confidential law enforcement information that the public has no more than a minimal interest in, the disclosure of which could be damaging to the Government and members of the public. On this basis, the Court finds there is a compelling reason to seal these documents that

outweighs the public's interest in their disclosure. However, no such confidential information is included in the Government's exhibits attached to its sentencing memorandum (Dkt. Nos. 279-1, 279-2, 279-3). These exhibits should not be maintained under seal.

For the foregoing reasons, Defendant's motions to seal (Dkt. Nos. 274, 281) are GRANTED in part and DENIED in part. The Clerk is DIRECTED to maintain Docket Numbers 279 and 282 under seal but should unseal Docket Numbers 279-1, 279-2, and 279-3.

DATED this 4th day of September 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE