THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR URIEL BARRON-GONZALEZ,<br><br>Defendant. | CASE NO. CR16-0136-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Government has filed an emergency motion for an extension of time to respond to Defendant's motion for compassionate release. (Dkt. No. 296.) The Government seeks additional time so it can receive the relevant records from the Bureau of Prisons and follow appropriate procedures for determining whether counsel should be appointed for Defendant under General Order 03-19. The Court finds good cause, GRANTS the Government's motion (Dkt. No. 296) and ORDERS that the Government's response to Defendant's motion is due October 29, 2021.

DATED this 12th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk