THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OSCAR URIEL BARRON GONZALEZ,<br><br>　　　　　　Defendant. | CASE NO. CR16-136 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' stipulated motion (Dkt. No. 301) to set a briefing schedule on Defendant's motion for compassionate release (Dkt. No. 294). Finding good cause, the Court GRANTS the stipulation (Dkt. No. 301) and ORDERS that: (1) Defendant's motion (Dkt. No. 294) is RE-NOTED for December 27, 2021; and any supplemental motion from Defendant is due November 15, 2021, with the Government's response due December 17, 2021, and any reply from Defendant due on December 27, 2021.

DATED this 22nd day of October 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR16-136 JCC
PAGE - 1